

# Fourth Court of Appeals
## San Antonio, Texas

September 7, 2022

No. 04-22-00388-CR

**EX PARTE** Jose Alexis Sanchez **DUBON**

From the County Court, Kinney County, Texas
Trial Court No. 10374CR
Honorable Roland Andrade, Judge Presiding

# O R D E R

The State's appellee's brief originally was due on September 6, 2022. On September 6, 2022, the State filed a motion requesting a fourteen-day extension of time in which to file its brief. The State contends its "request for an extension is being requested because certain documents to which the State needs to include record citations are not currently present in the Clerk's Record." The State asserts it "will direct the Clerk of the trial court to supplement the record, pursuant to Rule 34.5(c), TEX. R. APP. PRO., so as to ensure the documents are properly before the Court." The State does not indicate when it will request the supplemental clerk's record.

Therefore, the State is ORDERED to (1) request the supplemental clerk's record containing the omitted item(s) from the trial court clerk **no later than September 19, 2022** and (2) provide written proof to this court that the supplemental clerk's record has been requested **no later than September 19, 2022**.

The trial court clerk is ORDERED to prepare, certify, and file the supplemental clerk's record with this court **no later than ten days** after the State has requested the supplemental record.

The State is ORDERED to file its appellee's brief **no later than fourteen days** after the supplemental clerk's record is filed in this court.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of September, 2022.



Michael A. Cruz,
Clerk of Court